[No. 24559-7-I. Division One. October 22, 1990.]

*In the Matter of the Dependency of* S.R.

TAMMY RIDALLS, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 89-7-00407-9, James D. McCutcheon, Jr., J.,

entered July 3, 1989. *Affirmed* by unpublished opinion per Forrest, J., concurred in by Scholfield and Winsor, JJ.